In the Matter of the Accounting of ROY C. GASSER, as Trustee, and WILLIAM H. HAYES, as Substituted Trustee and as Surviving Executor of EMERY L. FERRIS, Deceased Substituted Trustee, under an Indenture of Trust Made by WILLIAM K. VANDERBILT, Respondents. MURIEL V. ADAMS et al., Appellants.— In a proceeding under article 79 of the Civil Practice Act for the judicial settlement of an intermediate account of the proceedings of trustees under an *inter vivos* trust, order denying the motion of the presumptive remaindermen of the trust to dismiss the proceeding or for alternative relief, affirmed, with $10 costs and disbursements. Appellants and other defendants who have appeared in this proceeding are granted leave, within twenty days after the entry of the order hereon, to interpose answers to the petition herein and to file objections to the account of the trustees heretofore filed herein. No opinion. Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur.

In the Matter of the Arbitration between MAX FLEISCHER, et al., Respondents, and CEIL BORUS, as Administratrix of the Estate of ABRAHAM I. BORUS, Deceased, Appellant.— Order granting motion of respondents, directing appellant to proceed to arbitration, and staying all proceedings in an action instituted by her, reversed on the law, with $10 costs and disbursements, and the motion denied, with $10 costs. There is no merit in any of the contentions of respondents and no basis for the claim of dispute which would warrant resort to arbitration. (*Matter of Int. Assn. of Machinists* [*Cutler-Hammer, Inc.*], 271 App. Div. 917, 918, affd. 297 N. Y. 519; *Matter of Gen. Elec. Co.* [*United Elec., Radio & Mach. Workers*], 300 N. Y. 262, 264.) Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur.

In the Matter of WALTER GILROY, JR., Petitioner, against JOHN M. BECKMANN, as Commissioner of the Police Department of the County of Nassau, Respondent.— In a proceeding under article 78 of the Civil Practice Act, for the review of the determination of the Police Commissioner of the Police Department of the County of Nassau, dismissing petitioner from the police department, the determination is unanimously confirmed, without costs. There was substantial evidence to support the finding made by the commissioner as to the intoxication of the petitioner, and the weight of the evidence was in favor of that finding. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ.